UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Janice A. Witterschein,

    Plaintiff

v.                                  Civil Action No.  1:08-cv-00076-PB

Orion House, Inc.,

    Defendant

### STIPULATION OF DISMISSAL, WITH PREJUDICE

    NOW COME the parties in the above-entitled matter, by and through their attorneys, and hereby stipulate that this action is dismissed, with prejudice and without costs or interest, pursuant to Fed.R.Civ.P. 41(a)(1).

                                  JANICE A. WITTERSCHEIN,
                                  By her attorney,
                                  LAW OFFICES OF NANCY RICHARDS-STOWERS,

Date:  January 16, 2009        By:    /s/Nancy Richards-Stowers
                                                  Nancy Richards-Stowers (NHBA # 2147)
                                                  32 Daniel Webster Highway, Suite #7
                                                  Merrimack, NH 03054
                                                  603.881.3312
                                                  nrichardssto@igc.org

                                  ORION HOUSE, INC.,
                                  By their attorneys,
                                  JACKSON LEWIS LLP,

Date:  January 16, 2009        By:    /s/Debra Weiss Ford
                                                  Debra Weiss Ford (NHBA # 2687)
                                                  100 International Drive, Suite 363
                                                  Portsmouth, NH 03801
                                                  603.559.2700
                                                  fordd@jacksonlewis.com